AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— OFFENSE CHARGED —

18 U.S.C. § 1709 – Theft of Mail by Postal Employee (Counts One through Four); 18 U.S.C. § 1708 – Possession of Stolen Mail Matter (Count Five)

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
As to each count:
Maximum Term of Imprisonment of Five Years
Maximum Fine $250,000
Maximum Supervised Release of Three Years
Mandatory Special Assessment of $100

— DEFENDANT - U.S —

▶ RODANTE A. MIRANDA

DISTRICT COURT NUMBER

CR 08 - 0380

MHP

— DEFENDANT —

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
United States Postal Service - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  DEREK R. OWENS

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶_____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction            ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

RODANTE A. MIRANDA

E-filing

**CR 08    0380    MHP**

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 1709 - Theft of Mail by Postal Employee
(Counts One through Four)
18 U.S.C. § 1708 - Possession of Stolen Mail Matter
(Count Five)

_INDICT_

A true bill.

_____
Foreman

Filed in open court this ___5___ day of _June 2008_

_____
Clerk

Bail $ _No bail — warrant to issue._

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) No. CR 08 0380 | |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 1709 – Theft of Mail by Postal Employee (Counts One through Four); 18 U.S.C. § 1708 – Possession of Stolen Mail Matter (Count Five) |
| v. ) | |
| RODANTE A. MIRANDA, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   18 U.S.C. § 1709 – Theft of Mail by Postal Employee

1.   On or about February 21, 2008, in the Northern District of California, the defendant,

RODANTE A. MIRANDA,

while employed by the United States Postal Service, did knowingly steal, abstract and remove articles and things contained in letters, packages, bags and mail, specifically a laptop computer, which letters, packages, bags and mail were entrusted to him, came into his possession intended to be conveyed by mail and were forwarded through and delivered from a post office or station

INDICTMENT

1  established by the United States Postal Service, in violation of Title 18, United States Code,
2  Section 1709.
3  COUNT TWO:      18 U.S.C. § 1709 – Theft of Mail by Postal Employee
4        2.      On or about February 22, 2008, in the Northern District of California, the
5  defendant,
6                            RODANTE A. MIRANDA,
7  while employed by the United States Postal Service, did knowingly steal, abstract and remove
8  articles and things contained in letters, packages, bags and mail, specifically an MP3 player,
9  which letters, packages, bags and mail were entrusted to him, came into his possession intended
10 to be conveyed by mail and were forwarded through and delivered from a post office or station
11 established by the United States Postal Service, in violation of Title 18, United States Code,
12 Section 1709.
13 COUNT THREE:    18 U.S.C. § 1709 – Theft of Mail by Postal Employee
14       3.      On or about February 26, 2008, in the Northern District of California, the
15 defendant,
16                           RODANTE A. MIRANDA,
17 while employed by the United States Postal Service, did knowingly steal, abstract and remove
18 articles and things contained in letters, packages, bags and mail, specifically an iPhone, which
19 letters, packages, bags and mail were entrusted to him, came into his possession intended to be
20 conveyed by mail and were forwarded through and delivered from a post office or station
21 established by the United States Postal Service, in violation of Title 18, United States Code,
22 Section 1709.
23 COUNT FOUR:     18 U.S.C. § 1709 – Theft of Mail by Postal Employee
24       4.      On or about February 29, 2008, in the Northern District of California, the
25 defendant,
26                           RODANTE A. MIRANDA,
27 while employed by the United States Postal Service, did knowingly steal, abstract and remove
28 articles and things contained in letters, packages, bags and mail, specifically a laptop computer,

INDICTMENT                                    2

1  which letters, packages, bags and mail were entrusted to him, came into his possession intended
2  to be conveyed by mail and were forwarded through and delivered from a post office or station
3  established by the United States Postal Service, in violation of Title 18, United States Code,
4  Section 1709.

COUNT FIVE:        18 U.S.C. § 1708 – Possession of Stolen Mail Matter

   5.    On or about March 28, 2008, in the Northern District of California, the defendant,

RODANTE A. MIRANDA,

did knowingly and unlawfully possess packages, mail, and articles contained therein, which had been stolen, taken, embezzled and abstracted from and out of any mail, post office, and station thereof, knowing the same to have been stolen, taken, embezzled and abstracted, in violation of Title 18, United States Code, Section 1708.

DATED:
6-5-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
        AUSA OWENS

INDICTMENT                          3