**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   CR 08-0380  MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- RODANTE MIRANDA (c):

Attorneys:   Plf: Derek Owen
             Dft: Jodi Linker for Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Discovery provided; Matter continued to 7/7/2008 at 10:00 am for Status Conference;