**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   CR 08-0380  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- RODANTE MIRANDA (c):

Attorneys:   Plf:  Derek Owen
             Dft:  Eric Hairston for Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Status Conference

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Discovery provided; Matter continued to 8/11/2008 at 10:00 am for Status Conference; Excludable time found re effective preparation, continuity of counsel; Govt to submit order.