## PROPOSED ORDER/COVER SHEET

**TO:**    **Honorable Bernard Zimmerman**        **RE:**    **Rodante Miranda**
        **U.S. Magistrate Judge**

**FROM:**    **Richard W. Wieking, Acting Chief**        **DOCKET NO.:**    **CR 08-00380 MHP**
        **U.S. Pretrial Services Officer**

**DATE:**    **July 30, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| **Paul Mamaril** | **510-637-3757** |
| :---: | :---: |
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge_____ Presiding  District Court Judge_____

    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

    Modification(s)

    A. **The defendant shall maintain current employment and if unemployed shall seek and maintain verifiable employment.**

    B.

    Bail Revoked/Bench Warrant Issued.

    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

    Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**               **DATE**

Cover Sheet (06/02/08)