**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   CR 08-0380  MHP             Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- RODANTE MIRANDA (c):

Attorneys:   Plf:  Derek Owen
             Dft: Geoff Hansen

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Garule

**PROCEEDINGS**

1)  Status Conference

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Matter continued to 8/25/2008 at 10:00 am for change of plea;