JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>RODANTE A. MIRANDA, )<br>    Defendant. ) | No. CR 08-0380 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 25, 2008 THROUGH SEPTEMBER 8, 2008 |

    On August 25, 2008, the parties in this case appeared before the Court for status hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from August 25, 2008 through September 8, 2008, for effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

//

//

STIP. AND ORDER
CR 08-0380 MHP

ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 8/26/2008           /s/ Derek Owens
                                  DEREK OWENS
                                  Assistant United States Attorney

DATED: 8/26/2008           /s/ Geoff Hansen
                                  GEOFF HANSEN
                                  Attorney for Mr. Miranda

    As the Court found on August 25, 2008, and for the reasons stated above, the Court finds that an exclusion of time between August 25, 2008 through September 8, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                                   _____
                                                                             THE HONORABLE MARILYN HALL PATEL
                                                                             United States Magistrate Judge