1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DEREK R. OWENS (CABN 230237)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California  94102
        Telephone:  (415) 436-6488
7       Fax:  (415) 436-7234
        Email: Derek.Owens@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13

    UNITED STATES OF AMERICA,          )      No. CR 08-0380 MHP
14                                      )
            Plaintiff,                  )
15                                      )      STIPULATION AND [PROPOSED]
        v.                              )      ORDER CONTINUING HEARING AND
16                                      )      EXCLUDING TIME UNDER THE
    RODANTE A. MIRANDA,                 )      SPEEDY TRIAL ACT FROM
17                                      )      SEPTEMBER 8, 2008 TO SEPTEMBER
            Defendant.                  )      15, 2008
18   _____ )

19

20

21      On August 25, 2008, the parties in this case appeared before the Court for a status conference

22   for this case.  At that time, the parties requested a change of plea hearing to be scheduled for

23   September 8, 2008, at 10:00 a.m.  Since that time, the parties have been in discussions and

24   appear to be close to a resolution, however it is clear that the resolution will not be completed by

25   September 8.  It is anticipated that there will be a resolution by September 15.  Therefore, the

26   parties hereby jointly and respectfully request that the hearing previously scheduled for

27   September 8, 2008 be continued to 10:00 a.m. on September 15, 2008.

28      The parties agree that granting the continuance is the reasonable time necessary for effective

STIP. AND ORDER
CR 08-0380 MHP

1   preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C.

2   § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a

3   continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18

4   U.S.C. § 3161(h)(8)(A).

5   SO STIPULATED:

6                                                              JOSEPH P. RUSSONIELLO
                                                               United States Attorney
7
                    9/5/2008                      /s/ Derek Owens
8   DATED: _____          _____
                                                               DEREK R. OWENS
9                                                              Assistant United States Attorney

10
                    9/5/2008                      /s/ Geoffrey Hansen
11  DATED: _____          _____
                                                               GEOFFREY HANSEN
12                                                             Attorney for Mr. Miranda

13

14      The change of plea and sentencing hearing previously scheduled for September 8, 2008 be

15  continued to 10:00 a.m. on September 15, 2008, before the Honorable Marilyn Hall Patel.  The

16  Court also finds that an exclusion of time between September 8, 2008 through September 15,

17  2008 is warranted and that the ends of justice served by the continuance outweigh the best

18  interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The

19  failure to grant the requested continuance would deny defense counsel the reasonable time

20  necessary for effective preparation, taking into account the exercise of due diligence, and would

21  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22

23  SO ORDERED.

24
    DATED:_____          _____
25                                                             THE HON. MARILYN HALL PATEL
                                                               United States District Court Judge
26

27

28

STIP. AND ORDER
CR 08-0380 MHP                              2