JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RODANTE A. MIRANDA, <br>     Defendant. | No. CR 08-0380 MHP <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 8, 2008 TO SEPTEMBER 15, 2008 |

    On August 25, 2008, the parties in this case appeared before the Court for a status conference for this case.  At that time, the parties requested a change of plea hearing to be scheduled for September 8, 2008, at 10:00 a.m.  Since that time, the parties have been in discussions and appear to be close to a resolution, however it is clear that the resolution will not be completed by September 8.  It is anticipated that there will be a resolution by September 15.  Therefore, the parties hereby jointly and respectfully request that the hearing previously scheduled for September 8, 2008 be continued to 10:00 a.m. on September 15, 2008.

    The parties agree that granting the continuance is the reasonable time necessary for effective

STIP. AND ORDER
CR 08-0380 MHP

preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: 9/5/2008                /s/ Derek Owens
                                        DEREK R. OWENS
                                        Assistant United States Attorney

DATED: 9/5/2008                /s/ Geoffrey Hansen
                                        GEOFFREY HANSEN
                                        Attorney for Mr. Miranda

The change of plea and sentencing hearing previously scheduled for September 8, 2008 be continued to 10:00 a.m. on September 15, 2008, before the Honorable Marilyn Hall Patel. The Court also finds that an exclusion of time between September 8, 2008 through September 15, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 9/9/2008

                                        THE HONORABLE MARILYN HALL PATEL
                                        United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

STIP. AND ORDER
CR 08-0380 MHP                            2